


UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL N. MARSCHALL, individually and as class representative of persons similarly situated,<br><br>        Plaintiff,<br><br>        vs.<br><br>RECOVERY SOLUTION SPECIALISTS INC., and DOE 1 dba CEDARS SINAI LAB SERVICES<br><br><br><br>        Defendants. | CASE NO. SACV07-726 JVS (ANx)<br><br>The Hon. James V. Selna<br><br>**JUDGMENT** |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

      Pursuant to the September 25, 2007 Fed. R. Civ. Proc. 68 Offer of Judgment of Defendant Recovery Solution Specialists, Inc., and its subsequent Motion to Enter Judgment and Dismiss Action, heard and granted on December 17, 2007, Judgment is entered against Recovery Solution Specialists, Inc., and in favor of Plaintiff Carl N. Marschall, in the principal sum of $3,000 and Carl N. Marschall shall recover his court costs and reasonable attorneys fees incurred prior to September 25, 2007, to be fixed by the Court. Pursuant to Fed. R. Civ. Proc. 12(b)(1), the case is dismissed, with prejudice,

1  as to Recovery Solution Specialists, Inc., for lack of subject matter jurisdiction as of
2  September 25, 2007.  Because, *inter alia*, the Judgment obtained by Carl N. Marschall is
3  not more favorable than said Fed. R. Civ. Proc. 68 Offer of Judgment, Recovery Solution
4  Specialists, Inc., shall be entitled to its costs and attorney's fees, as allowable by law,
5  incurred after September 25, 2007.

7  IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT:

9  Pursuant to the Motion of Cedars-Sinai Medical Center, appearing as Defendant
10 DOE 1 dba Cedars Sinai Lab Services, to Dismiss the Complaint of Plaintiff Carl N.
11 Marschall with Prejudice, heard and granted on December 17, 2007, Judgment is entered
12 in favor of Cedars-Sinai Medical Center and against Carl N. Marschall.  Carl N. Marschall
13 shall take nothing by way of this action from Cedars-Sinai Medical Center and, pursuant
14 Fed. Rule. Civ. P. 12(b)(6), this case is dismissed with prejudice in its entirety on the
15 merits as to Cedars-Sinai Medical Center, appearing as Defendant DOE 1 dba Cedars
16 Sinai Lab Services.  Cedars-Sinai Medical Center shall recover its costs as the prevailing
17 party against Carl N. Marschall.

19 IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT:

21 The Court will retain jurisdiction over the Complaint for the purpose of
22 determining any party's reasonable attorney's fees and costs to be included as part of the
23 Judgment.

27  /. 2. 08
28 DATED: December __, 2007     By: _____
                                    JAMES V. SELNA

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 800 Wilshire Boulevard, Fifteenth Floor, Los Angeles, California 90017-2619. On December 28, 2007, I served the within documents:

**JUDGMENT**

[X] **BY MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

[ ] **BY FACSIMILE:** I caused such document to be transmitted by facsimile from facsimile telephone number (213) 891-2910 on December 28, 2007 at p.m. The facsimile machine I used complied with California <u>Rules of Court</u>, Rule 2003(3) and the transmission was reported as complete and without error.

Pursuant to Rule 2008 (e) (4), a copy of the transmission report, properly issued by the transmitting facsimile machine, is attached to this proof of service.

[ ] **PERSONAL SERVICE:** By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Lance A. Brewer, Esq.　　　　　　　　　Richard J. Frey, Esq.
Templeton Briggs, Jr., Esq.　　　　　　Francis M. Mok, Esq.
BREWER & BREWER　　　　　　　　　McDermott Will & Emery LLP
4533 MacArthur Blvd., Suite 707　　　　2049 Century Park East, Suite 3800
Newport Beach, CA  92660　　　　　　Los Angeles, CA  90067-3218

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

　　　(State)　　　I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]　(Federal)　　I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 28, 2007, at Los Angeles, California.

_____
Sandra Galindo